# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN BUISSON

VERSUS

NATALIE J. BUISSON

NO.  2021 CW 0105

**FEBRUARY 2, 2021**

---

In Re:    Brian Buisson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-12041.

---

BEFORE:    **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **STAY DENIED; WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT